IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMMY A. DAWSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:14-cv-3187-B |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's Federal Rule of Civil Procedure 60(b) motion [Dkt. No. 22] is substantive and is construed as a successive habeas application, and the successive habeas application is **DENIED** without prejudice to Petitioner's right to seek leave from the United States Court of Appeals for the Fifth Circuit to file such an application.

Further, because of Petitioner's continued abuse of the judicial system, as documented in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, he is

**WARNED** that filing future collateral attacks concerning this conviction and sentence without first obtaining leave to file from the United States Court of Appeals for the Fifth Court of Appeals will subject him to a $100 fine.

The Clerk of Court is **DIRECTED** to open for statistical purposes a new Section 2254 case (nature of suit 530 directly assigned, per Special Order 3-250, to United States District Judge Jane J. Boyle and United States Magistrate Judge David L. Horan), and to close the same on the basis this order.

**SO ORDERED.**

DATED: June 22, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE